UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOFFAT OTHNIEL TENENG,

Petitioner,

v.

TODDY LYONS, et al.,

Respondents.

No. 2:26-cv-1208 TLN CSK P

ORDER

Petitioner, an immigrant detainee proceeding pro se and in forma pauperis, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Petitioner is detained at Adelanto Detention Facility in San Bernardino County. Jurisdiction over this § 2241 petition is proper only in the district in which petitioner's immediate custodian is located. See Monk v. Secretary of the Navy, 793 F.2d 364, 369 (D.C. Cir. 1986) (cited in Ortiz-Sandoval v. Gomez, 81 F.3d 891, 895 (9th Cir. 1996)). Petitioner's custodian is located in the Central District of California. Accordingly, pursuant to 28 U.S.C. § 1631 in the interests of justice this action is transferred to the United States District Court for the Central District of California.

////

////

////

1

In accordance with the above, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

Dated: April 7, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/tene1208.108.2241.imm